**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**MICHAEL R. BUNCH, on behalf of himself and all others similarly situated,**

**Plaintiff,**

**-vs-** **Case No. 3:24-cv-26**

**CATERPILLAR LOGISTICS, INC.,**

**Defendant.**

---

# ORDER

---

The Honorable Thomas M. Rose, of the United States District Court for the Southern District of Ohio, Western Division, Dayton, hereby recuses himself from this matter.

The above captioned matter is hereby TRANSFERRED from the docket of the Honorable Thomas M. Rose, to the Clerk of the United States District Court for the Southern District of Ohio at Dayton, for random reassignment.

**DONE** and **ORDERED** in Dayton, Ohio, this 1st day of February, 2024.

***s/ Thomas M. Rose***

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE